## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| ANDREW P. FLOOD, ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | NO. 1:11-CV-270-DBH |
| ) | |
| MAINE DEPARTMENT OF ) | |
| CORRECTIONS, ET AL., ) | |
| ) | |
| **DEFENDANTS** ) | |

### ORDER OVERRULING THE PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER RE PLAINTIFF'S MOTION FOR A REASONABLE ACCOMMODATION OF DISABILITY

On October 5, 2011, the Magistrate Judge entered an Order reserving ruling on the plaintiff's motion for a reasonable accommodation of disability. The plaintiff filed his objection to the Magistrate Judge's ruling on October 13, 2011. The objection is **OVERRULED**. Among his objections, the plaintiff says that his mental disability requires the appointment of counsel, and points to one of his previous cases where the Magistrate Judge referred to one argument as "convoluted," and in another place characterized plaintiff as having "obfuscated." Judges often use these words in describing what lawyers have said, not just pro se litigants. It is apparent that the plaintiff is able to articulate what has happened to him and his unhappiness with the results. His problem is that federal relief is not available for the claims. The Magistrate Judge's ruling is appropriate.

**SO ORDERED.**

**DATED THIS 19TH DAY OF OCTOBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**