# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| ANDREW P. FLOOD, ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | No. 1:11-cv-270-DBH |
| ) | |
| MAINE DEPARTMENT OF ) | |
| CORRECTIONS, ET AL., ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 24TH DAY OF OCTOBER, 2012**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**